CLERK OF THE COURT

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA. 94102

FILED

2007 NOV 16 P 4: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Re: C-07-5424 JF (PR) Filing Fee

Dear Clerk of the Court:

Enclosed please find a $ 5.00 money order for the appropriate filing fee in Case No. **CV-07-5424**, and also attached is the Courts instructions of proper filing, with a self-addressed-stamped-envelope.

Your prompt attention and assistance in this matter will be greatly appreciated.

Dated: November 2, 2007

Respectfully submitted:

*Luis Santana*

Luis Santana

IN PRO SE

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

07 OCT 24 PM 12: 53

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 5424 (PR) JF

Dear Sir or Madam:

Your petition has been filed as civil case number _____.

Your petition is deficient because:

1. ✓  You did not pay the appropriate filing fee of $5.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.

2. ____ The In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
   Deputy Clerk

rev. 4/01

SANTANA

## PROOF OF SERVICE BY A STATE PRISONER

I, Luis Santana, declare:

That I am over 18 years of age, and a party/not a party to the attached herein cause of action, that I reside at Pleasant Valley State Prison, in the county of Fresno California. My mailing address is: P.O. Box: 8501 Coalinga C.A 93210

On 11-3-07, 2007, I handed to prison officials for mailing, at the above address, on the exact date, the attached: FILING FEE (C-07-5424 JF (PR))

In a sealed envelope[s] with postage paid fully paid, addressed to the locations:
(A) Clerk Of The Court
(B) U.S. District Court Northern District of California
(C) 450 Golden Gate avenue San Francisco, C.A. 94102
(D)

I declare under penalty of perjury that the foregoing is true and correct. Executed this ( 3 ) day of ( November ), 2007 at Coalinga, California.

Luis Santana
DECLARANT PRINTED NAME

[signature]
DECLARANT SIGNATURE