EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON R. WOODEN
Deputy Attorney General
State Bar No. 108709
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5966
  Fax: (415) 703-1234
  Email: sharon.wooden@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **LUIS SANTANA,**<br><br>                Petitioner,<br><br>   v.<br><br>**JAMES A. YATES, Warden,**<br><br>                Respondent. | C 07-5424 JF (PR) |

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON R. WOODEN
   Deputy Attorney General
6  State Bar No. 108709
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5966
8    Fax: (415) 703-1234
     Email: sharon.wooden@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **LUIS SANTANA,** | C 07-5424 JF (PR) |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the order to show cause why the petition for writ of habeas corpus should not be granted:

**CUSTODY**

Petitioner is lawfully in the custody of James A. Yates, Warden of Pleasant Valley State Prison in Coalinga, California, as a result of a judgment of conviction in Sonoma County Superior Court Case No. SCR-33621. After entering a no contest plea to attempted murder and witness intimidation, and admitting that he committed the offense for the benefit of a street gang and personally inflicted great bodily injury, petitioner was sentenced to serve 26 years and eight months in state prison.

**GENERAL AND SPECIFIC DENIALS**

Respondent denies the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law.  Respondent specifically denies that (1) the trial court improperly sentenced petitioner to a full strength consecutive sentence on the witness intimidation count, and (2) the imposition of the upper term sentence violated *Blakely v. Washington*, 542 U.S. 296 (2004) and petitioner's federal constitutional right to a jury trial.

**PROCEDURAL DEFENSES**

Petitioner's federal petition is timely.  Petitioner failed to exhaust his claim in state court, but this Court may deny relief under 28 U.S.C. § 2254(b)(2).

**LODGED DOCUMENTS**

Respondent has lodged concurrently with this Answer the following exhibits:  (1) state court Clerk's Transcript (1 Vol.); (2) state court Reporter's Transcript (Dec. 17, 2004);  (4) state court Reporter's Transcript (Feb. 6, 2004); (4) opinion by the California Court of Appeal; (5) Petition for Review; (6) California Supreme Court letter explaining lack of jurisdiction due to untimeliness of petition; (7) respondent's brief.

Respondent hereby incorporates by reference the accompanying Memorandum of Points and Authorities in support of this Answer.

**CONCLUSION**

WHEREFORE, respondent respectfully submits that the Petition for Writ of Habeas Corpus should be denied.

Dated: June 6, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Sharon R. Wooden
SHARON R. WOODEN
Deputy Attorney General

Attorneys for Respondent

SRW/srw/lls
SF2008401284
c:\dat\Wooden\Santana.Ans.wpd

Answer to Petition for Writ of Habeas Corpus, *Santana v. Yates, Warden* - C 07-5424 JF (PR)

3