1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | SHARON R. WOODEN
Deputy Attorney General
6 | State Bar No. 108709
  455 Golden Gate Avenue, Suite 11000
7 |   San Francisco, CA 94102-7004
  Telephone: (415) 703-5966
8 |      Fax: (415) 703-1234
  email: sharon.wooden@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **LUIS SANTANA,** | C 07-5424 JF (pr) |
| Petitioner, | **NOTICE OF LODGING AND INDEX OF EXHIBITS** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

    In conjunction with respondent's answer to petitioner's petition for writ of habeas corpus, respondent lodges with the Court:

    EXHIBIT 1   CLERK'S TRANSCRIPT

    EXHIBIT 2   REPORTER'S TRANSCRIPT (December 17, 2004)

    EXHIBIT 3   REPORTER'S TRANSCRIPT (February 6, 2004)

    EXHIBIT 4   OPINION OF THE CALIFORNIA COURT OF APPEAL

    EXHIBIT 5   PETITION FOR REVIEW

Notice Of Lodging And Index Of Exhibits - *Santana v. Yates, Warden* - C 07-5424 JF (pr)

1

1     EXHIBIT 6     CALIFORNIA SUPREME COURT LETTER

2     EXHIBIT 7     RESPONDENT'S BRIEF

4        Dated: June 6, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Sharon R. Wooden
SHARON R. WOODEN
Deputy Attorney General

Attorneys for Respondent

SRW/lls
c:\dat\Wooden\Santana.NOL.wpd

Notice Of Lodging And Index Of Exhibits - *Santana v. Yates, Warden* - C 07-5424 JF (pr)